# EXHIBIT E

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

*In re H&R Block IRS Form 8863 Litigation*, Case No. 4:13-MD-02474-FJG

**CERTIFICATION FORM – H&R BLOCK IRS FORM 8863 SETTLEMENT**

H&R Block's records indicate (1) that you used H&R Block's At Home tax preparation software to prepare and file your tax year 2012 federal tax returns; (2) that your tax year 2012 federal tax return included Form 8863 and was submitted to the IRS before February 22, 2013; and (3) that you requested to opt out of H&R Block's arbitration agreement.

In order to receive a settlement check as a part of the settlement in *In re H&R Block IRS Form 8863 Litigation*, Case No. 4:13-MD-02474-FJG, you must certify that you requested to opt out of H&R Block's arbitration agreement within 60 days of licensing the H&R Block At Home tax preparation software. The H&R Block At Home tax preparation software is licensed when first installed on a computer.

By signing the Certification Form, I swear or affirm that I requested to opt out of H&R Block's arbitration agreement within 60 days of licensing the H&R Block At Home tax preparation software.

_____   _____
Signature of Settlement Class Member                     Date

_____
Name (please print)

_____
Current Street Address

_____
City/State/Zip Code

You must mail the completed postage pre-paid Certification Form with a postmark no later than _____, 2016, to: _____.