# EXHIBIT C

# Curriculum Vitae

# ERIC D. HOLLAND

Eric Holland, managing and founding partner of the St. Louis-based Holland Law Firm, LLC, leads a nationally recognized trial practice. Mr. Holland has extensively litigated in federal and state courts across the country, serving as lead counsel, co-lead counsel, or in other leadership capacities in a variety of product liability, banking, consumer, and mass tort matters. For the past decade, Mr. Holland has been consistently recognized by his peers, both in St. Louis and nationally, as one of the country's leading trial attorneys.

Mr. Holland's experience in the courtroom began 24 years ago. Starting his practice at one of St. Louis' largest law firms, Eric immediately began handling serious injury-related litigation. Early in his career, he handled a large number of individual cases, many of which resulted in record-setting jury verdicts and settlements. He has dozens and dozens of multi-million dollar jury verdicts and settlements in single event cases. These results came primarily in railroad, trucking and product liability matters and include the largest railroad jury verdicts in the State of Missouri for 1999, 2001 and 2005 as well as the largest railroad jury verdict in Florida history, returned in 2006. Mr. Holland also holds the record for the largest F.E.L.A jury verdict in Missouri history, obtained in the 22nd Judicial Circuit, State of Missouri on August 29, 2005, where he has litigated and tried cases for two decades.

He also has developed an extensive practice in aggregate litigation. He has been nominated and selected to a variety of leadership positions by both his peers and courts across the country. Mr. Holland's most recent appointed leadership positions in aggregate litigation include a number of high profile product liability, banking, pharmaceutical and complex litigation matters. He has served as lead counsel in many cases that have resulted in nationwide

settlement classes including cases against international automotive companies, some of the world's largest banks, and the largest firearms maker in the United States. He has served in a leadership capacity in the following cases:

>*Vought, et al., v. Bank of America, N.A.*, Case No. 2:10 CV 2052 (C.D. Ill.)(co-lead counsel)
>
>*Parisot v. U.S. Title Co.,* 8:22 CC 9381 (Circuit Court, City of St. Louis)(co-lead counsel)
>
>*In re: Michigan Oil Spill Litigation/Volstromer v. Enbridge,* 1:10 CV 752 (W.D. Mich.)(executive committee)
>
>*In re: Yasmin and Yaz Sales, Marketing Practices and Product Liability Litigation,* Case No. 3:09-md-02100 (MDL 2100) (S.D. Ill.)(PSC's science committee)
>
>*In re IKO Roofing Products Liability Litigation,* Case No. 2:09-md-02104 (MDL 2104) (C.D. Ill.)(executive committee)
>
>*Christiansen v. Volkswagen Group of America, Inc.*, Case No. 1:10-cv-6484 (N.D. IL)(class counsel)
>
>*In re Dial Complete Sales and Marketing Litigation*, Case No. 1:11-md-02263 (MDL 2263) (D.N.H.)(executive committee)
>
>*In re JPMorgan Chase Bank Mortgage Loan Modification Litigation,* Case No. 1:11-md-2290 (MDL 2290) (D. Mass.)(executive committee, discovery chairman and settlement team)
>
>*In re CitiBank HAMP Loan Modification Litigation,* Case No. 2:11-ml-02274 (MDL 2274)(C.D. CA)(executive committee)
>
>*In re KV Pharmaceutical Securities Litigation,* Case No. 4:11-cv-01816 (E.D. MO)(liaison counsel)
>
>*In re HardiePlank Fiber Cement Siding Litigation,* Case No. 12-md-2359 (MDL 2359)(D. MN)(trial team)
>
>*In re Eliason, et al. v Gentek Building Products, Inc.* Case No. 1:10-cv-2093 (ND OH) (executive committee)

*In re Espinoza, et al v Whiting, et al.* Case No. 4:12-cv-01711 (E.D. MO) (liaison counsel)

*In re Emerson Electric Wet/Dry Vac Sales and Marketing Litigation,* MDL 2382 (E.D. MO)(co-lead counsel)

*In re Mirena IUD Products Liability Litigation,* MDL 2434 (S.D. N.Y.)(plaintiffs' steering committee)

*In re H&R Block IRS Form 8863 Litigation,* MDL 2474 (W.D. MO)(co-lead counsel)

*In re Carrier IQ Consumer Privacy Litigation,* MDL 2330 (N.D. CA)(executive committee)

*Smith, et al. v. Volkswagon Group of America*, et al., 13-cv-00370-SMY (S.D. IL)(co-lead counsel)

*Hayes v. Integrity Title Company,* 11SL-cc-1529 (21st Judicial Circuit, State of Missouri)(lead counsel)

*Pollard v Remington Arms Company,* 4:13-cv-00086-ODS (W.D. MO)(co-lead counsel)

*Simpkins v Wells Fargo Bank, N.A., et al,* 12-cv-768-DRH (S.D. IL)(liaison counsel)

*United Desert Charities v. Flushmate,* 2:12-cv-6878-SJO (C.D. CA)(executive committee)

*Wilson v. Everbank, N.A.*, 14-cv-22264 (S.D. FL)(class counsel)

*Jackson v. U.S. Bank, N.A.,* 14-cv-21252 (S.D. FL)(class counsel)

Mr. Holland's results in aggregate litigation follow the results of his personal injury practice. For example, he served as co-lead counsel in a national products liability class action involving allegedly defective wire harnesses, leading the case through successful settlement and resolution that provided a complete fix of the allegedly defective part at no cost to class members. Just three years before, he obtained certification of a nationwide settlement class

against the same international auto maker for a defective Bluetooth system. Mr. Holland also served in the leadership and was on the settlement team in a banking class action that resulted in a settlement valued at over $500 million by a former Department of Treasury official arising out of the financial crisis and Big Bank bailout. He also represented individuals in the General Motors Ignition Switch Litigation including one of the original 13 victims of the GM cover-up, successfully concluding that matter. Recently, his acumen in complex litigation was cited by the judge presiding over an insurance class action: "The Court further finds, based on the appearance of Class Counsel at hearings and filing of pleadings in the case, that Class Counsel's prosecution and handling of this complex class action case has been exemplary. Attorney Holland, who personally appeared at all substantive hearings, demonstrated a command of complex litigation that resulted in the rare opportunity for complete relief for class members. The Court commends Holland and his firm…for their prosecution of this action." *Hayes v. Integrity Title Company,* 11SL-cc-1529 (21st Judicial Circuit-Honorable Tom J. DePriest, Jr., presiding).

    Mr. Holland is a frequent lecturer regarding complex litigation topics. He has been featured on a variety of complex federal litigation topics including electronically stored evidence, the nuances of class action litigation, and federal civil procedure. Mr. Holland has also been a featured speaker on complex litigation at a number of nationally acclaimed symposia across the country regarding complex federal litigation. Recently, he again spoke at the 13th Annual Class Action and Complex Litigation Symposium in New Orleans, Louisiana, serving on a panel chaired by Professor Arthur Miller and including Mark Geragos, Ken Starr and Professor Francis McGovern on the topic of federal class action litigation. Mr. Holland has been featured in programs from coast to coast and regularly accepts invitations to educate other lawyers about complex litigation.

Mr. Holland has been consulted or retained as counsel by judges, national and local labor unions, Fortune 500 companies, elected officials, public entities, and, most importantly, a variety of catastrophically injured victims and their families. His background in the labor movement has led to Eric's keen interest in the rights of those injured, maimed and killed due to the negligent conduct of others. As part of his practice, he serves as designated legal counsel to one of the national labor unions who form the Transportation Trades Department (TTD) of the AFL-CIO and has served the last four years as liaison counsel for an national labor union's regional convention. He is also a member of the Academy of Rail Labor Attorneys.

Mr. Holland is a 1988 graduate of the University of Illinois at Urbana-Champaign and a 1991 graduate of the St. Louis University School of Law, where he was elected to the Law Review. He is admitted to practice in the state courts of Missouri, Illinois, and Michigan, as well as federal courts across the country. Particularly, he has been generally or pro hac vice admitted in federal districts in Missouri, Illinois, Michigan, Ohio, Pennsylvania, New York, New Hampshire, Florida, Texas, Oklahoma, Arkansas, Iowa, Colorado, California, Oregon, Washington, New Jersey, Tennessee, Iowa, and Minnesota.

Mr. Holland has been recognized for his professional accomplishments for many years including holding an AV Preeminent rating from Martindale-Hubbell, which is a peer-reviewed analysis of attorneys primarily focused on skills and ethics. He has also been designated a "Top Rated Lawyer "(Product Liability, Mass Tort, and Class Action), a "Super Lawyer", and noted by the National Trial Lawyers as a "Top 100 Trial Lawyer". He is a past member of the Board of Governors for the Missouri Association of Trial Attorneys, has served on the steering committee for the Midwest Innocence Project, and does a variety of volunteer work including on behalf of Legal Services of Eastern Missouri and the Muscular Dystrophy Association.

**EDUCATION:**

St. Louis University, J.D., 1991. The St. Louis University Law Journal, 1991-1992.

University of Illinois, B.A., 1988. Dean's List. Lambda Chi Alpha social fraternity.

**ADMISSIONS:**

1991, Illinois; 1992, Missouri and U.S. District Court, Eastern District of Missouri; 1993, U.S. District Court, Southern District of Illinois; 2005, U.S. District Court, Northern District of Illinois; 1998, U.S. District Court, Eastern District of Texas and U.S. District Court, Eastern District of Michigan; 2004, Michigan.

**HONORS, AWARDS, PUBLICATIONS AND PRESENTATIONS:**

Author, "Mitigation of Damages: The Plaintiff's Duty but the Railroad's Burden," Missouri Lawyer's Weekly, October 1997;

Speaker: "Federal Employer's Liability Act," National Business Institute's Workplace Injury Seminar, St. Louis, Missouri, 2003;

"Presentation of Psychiatric Evidence in Work Injury Cases," ABA Labor and Employment Law Section Mid-Year Meeting, February, 2005;

Chairman, ABA Labor and Employment Law Section subcommittee on FELA/Jones Act Litigation, 2005;

Panel Member, "Electronically Stored Information—Plaintiff, Defense and Judicial Perspectives", Missouri Best Practices Seminar, 2010; Speaker, "Electronically Stored Information—What you Don't Know Will Hurt You", Women's Lawyer's Association, 2010;

Speaker, Class Action Litigation Developments, Harris Martin MDL symposium, Savannah, Georgia, November, 2011;

Speaker, Consumer Class Actions in the Mass Tort Context, Harris Martin MDL symposium, Miami, Florida, January, 2012;

Panel Chair, Carrier IQ Privacy Litigation, Harris Martin MDL Conference, San Diego, California, March, 2012;

Speaker, Complex Litigation and RICO, 12th Annual Class Action and Complex Litigation Symposium, November, 2012;

Panelist, Louisiana Bar Association's Annual Maritime Seminar, September, 2014;

Panelist, Led by Professor Arthur Miller regarding Professor Miller's 2013 article in N.Y.U. Law Review, 13th Annual Class Action and Complex Litigation Symposium, November 2013;

Panelist, Led by Dean Thomas Galligan, Recent Developments in Complex Litigation, 14th Annual Class Action and Complex Litigation Symposium, November 2014;

Panelist, The Medtronic Infuse Scandal, Harris Martin MDL Conference, September 2015;

Panelist, Volkswagen Emissions Litigation, Harris Martin MDL Conference, September 2015;

Co-Chair, Volkswagen Emissions Litigation Conference, Harris Martin Publishing Company, Miami, Florida, October 2015 (scheduled);

Top 100 Trial Lawyer Award, National Trial Lawyers, 2011 to present;

Missouri and Kansas "Super Lawyers", 2006 to present;

Martindale "AV Preeminent" Attorney, 2003 to present;

Detroit Business Magazine "Top Lawyers";

"Top Rated Lawyers", American Lawyer 2012 (Product Liability, Mass Tort, and Class Actions);

"Top Rated Lawyers", Chicago Tribune 2015 (Class Actions).

## **MEMBERSHIPS:**

Bar Association of Metropolitan St. Louis;
Illinois State Bar Association;
The Missouri Bar;
American Bar Association
American Association for Justice;
Missouri Association of Trial Attorneys (Member, Board of Governors, 2004-07);
National Institute of Trial Advocacy;
National Trial Lawyers.

# HOLLAND LAW FIRM, LLC
**Attorneys at Law**
www.ehollandlaw.com

### Office:
### St. Louis, Missouri

300 North Tucker Blvd, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Toll Free: (877) 255-3352

## FIRM BACKGROUND

**Holland Law Firm, LLC** is a civil litigation firm offering a wide range of services to its clients. The firm handles litigation in state and federal courts across the country on behalf of individuals, corporations, and government entities. The firm's attorneys are experienced trial lawyers handling litigation involving class and mass actions, railroad, maritime, and trucking accidents, catastrophic personal injuries, wrongful death, traumatic brain injuries, and complex commercial litigation. From the firm headquarters in St. Louis, Missouri, the firm provides clients with powerful resources coupled with nationally recognized trial attorneys in their fight for justice.

The firm has extensive experience in federal court litigation including product liability, consumer, antitrust, banking, railroad, maritime, and diversity matters. The firm's attorneys litigate cases in state and federal courts across the country.